UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
Plaintiff,

v.

Case No: 1:15po27
Violation Number(s): H5042052

(Magistrate Judge Karen L. Litkovitz)

Mark H. Sterner
562 Lowell Avenue
Cincinnati, Ohio 45220,
Defendant.

=========================================================
**ORDER OF DISMISSAL**
=========================================================

The above listed Central Violations Bureau (CVB) citation is hereby Dismissed pursuant to a certificate of death of Mark H. Sterner, submitted to this Court on May 10, 2018. It is HEREBY ORDERED that the arrest warrant issued in this matter be recalled, and that this matter be Dismissed from the CVB docket of this Court.

It is so ordered.

_5/14/18_
Date

swh May 10, 2018

Karen L. Litkovitz
U.S. States Magistrate Judge

Reg. Dist. No. 31
Primary Reg. Dist. No. 3101
Registrar's No. 2016000435

Ohio Department of Health
VITAL STATISTICS
CERTIFICATE OF DEATH

State File No. 2016013367

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | MARK HAMILTON STERNER |
| 2. Sex | MALE |
| 3. Date of Death | FEBRUARY 06, 2016 |
| 4. Social Security Number | 5283 |
| 5a. Age | 66 |
| 6. Date of Birth | 1949 |
| 7. Birthplace | FLINT, MICHIGAN |
| 8a. Residence State | OHIO |
| 8b. County | HAMILTON |
| 8c. City or Town | CINCINNATI |
| 8d. Street and Number | 5935 BELMONT AVENUE |
| 8e. Apt. No. | 1 |
| 8f. Zipcode | 45223 |
| 8g. Inside City Limits? | YES |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | DIVORCED (AND NOT-REMARRIED) |
| 11. Surviving Spouse's Name | — |
| 12. Education | DOCTORATE DEGREE OR PROFESSIONAL DEGREE |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | JOHN MONROE STERNER |
| 16. Mother's Name (prior to first marriage) | RUTH BARNETT |
| 17a. Informant's Name | CARL STERNER |
| 17b. Relationship to Decedent | SON |
| 17c. Mailing Address | 1555 PULLAN AVENUE, CINCINNATI, OHIO 45223 |
| 18a. Place of Death | NURSING HOME/LONG TERM CARE FACILITY |
| 18b. Facility Name | SCARLET OAKS RETIREMENT COMMUNITY |
| 18c. City or Town, State and Zip Code | CINCINNATI, OH 45220 |
| 18d. County of Death | HAMILTON |
| 19. Signature of Funeral Director | Latoya Anderson |
| 20. License Number | 0571 |
| 21. Name and Complete Address of Funeral Facility | GWEN MOONEY FUNERAL HOME, 4389 SPRING GROVE AVE, CINCINNATI, OH 45223 |
| 22a. Method of Disposition | CREMATION |
| 22b. Date of Disposition | FEB 2 16 |
| 22c. Place of Disposition | SPRING GROVE CEMETERY AND CREMATORY |
| 22d. Location | CINCINNATI, OH |
| 23. Date Filed | FEB 16 2016 |
| 25. Registrar | JONES, CAMILLE |
| 25b. District No. | 3101 |
| 25c. Date | FEB 16 2016 |
| 26. Time of Death | 19:13 |
| 26a. Date Pronounced Dead | February 6, 2016 |
| 26b. License Number | 35.075345 |
| 26c. Date Signed | February 12, 2016 |
| 27. Name and Address of Person Who Completed Cause of Death | RAFAEL FLEITES, 10999 REED HARTMAN HWY., CINCINNATI, OH 45242 |
| Immediate Cause (a) | Cardiac Arrest |
| Interval Onset and Death | Sudden |
| 28. Was An Autopsy Performed? | No |
| 29. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | Not Applicable |
| 30. Did Tobacco Use Contribute to Death? | Unknown |
| 32. Manner of Death | Natural |



U.S. Department of Justice

United States Marshals Service

*Southern District of Ohio*

*100 East Fifth Street, Room 130*
*Cincinnati, Ohio 45202*

May 10, 2018

Cincinnati Vital Statistics
Attn: Lisa Scott

RE: Death Certificate-Mark Sterner

I would like to request a government copy of the death certificate for Mark H. Sterner, DOB: /1949, date of death 02/06/2016.

Should you have any questions, please feel free to call me at (513) 684-3306.

Thank You,

*Whittney Silva*

Whittney Silva
Deputy US Marshal
S/OH Cincinnati Office
Fax: (513) 684-6397

AO 238 (Rev. 03/11) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF OHIO

| United States of America | ) |
|---|---|
| v. | ) |
| STERNER, MARK H | ) |
| 562 LOWELL AVE | ) |
| | ) |
| CINCINNATI, OH 45220 | ) |
| | ) |
| *Defendant* | ) |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| OS41<br>1:15-po-27 | H5042052 | 01/08/2014 |
| Offense(s) | | Amount Due |
| MISCELLANEOUS GENERAL OFFENSES, OTHER | | $125.00 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: 8/3/15

*Judge's signature*
HON KAREN LITKOVITZ

---

### Return

| Received | Date: | Location: |
|---|---|---|

*Executed by the arrest of the defendant.*

| Arrested | Date: | Location: |
|---|---|---|

Name: _____   Title: _____   District: _____

Date: _____   Signature: _____

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| | H 5042052 | Renteria | SPS72 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/08/14 11:23 | 41CFR 102-74.390(A) |

Place of Offense: SSA Lobby 2nd Floor Cincinnati OH 550 Main St

Offense Description: Disorderly Conduct. Subject Became loud & nuisance when told to leave the SSA office

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Stemer | Mack | H |

Street Address: 562 Lowell Ave
City: Cincinnati  State: OH  Zip Code: 45220
Date of Birth: 2005
Drivers License No: SC097176  D.L. State: OH  Social Security No: -5283
☐ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  Eyes: HAZ  Height: 5'10"  Weight: 190

### VEHICLE DESCRIPTION
Tag No: | State: | VIN: | Year: | Make/Model: | Color:

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 125.00 Total Collateral Due

### YOUR COURT DATE
Court Address: To Be Set By the court. Defend will be notified
Date: To Be set
Time: set

X Defendant Signature: [signature]

Original - CVB Copy    GSA2637

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/08, 20 15 while exercising my duties as a law enforcement officer in the Southern District of Ohio

The defendant was loud and a nuisance during an interview with the SSA employee. When asked to leave he became more belligerent saying "Fuck you". MR. Stemer stated you can't make me leave, you owe me money. Don't touch me. MS. Stemer remained uncooperative & placed cuffs & arrested.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/08/15  [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge